**Ramon RAMIREZ, Relator (C1–98–382), Respondent (C3–98–433),**

v.

**DEE, INC., and Federated Insurance Company, Respondents (C1–98–382), Relators (C3–98–433).**

**Nos. C1–98–382, C3–98–433.**

Supreme Court of Minnesota.

Aug. 27, 1998.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 9, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

/s/ James H. Gilbert
James H. Gilbert
Associate Justice

**Danny C. ALLEN, Respondent,**

v.

**BUDGET FOREIGN AUTO PARTS and MN Workers' Compensation Assigned Risk Plan/Wausau Insurance Companies, Respondents, McCashin & Associates, Relator.**

**No. C9–98–1070.**

Supreme Court of Minnesota.

Aug. 27, 1998.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 22, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ K.A. Blatz
K.A. Blatz
Chief Justice